# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JANA BRUNE**                                                                     **PLAINTIFF**

**v.**                                                              **CAUSE NO. 1:18CV298-LG-RHW**

**TAKEDA PHARMACEUTICALS U.S.A.,
INC.; TAKEDA PHARMACEUTICALS
AMERICA, INC.; and
JOHN & JANE DOES 1-5**                                  **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered herewith dismissing with prejudice Plaintiff Jana Brune's claims against Defendants Takeda Pharmaceuticals U.S.A., Inc. and Takeda Pharmaceuticals America, Inc.,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 25th day of November, 2019.

                                                                        s/ *Louis Guirola, Jr.*
                                                                        LOUIS GUIROLA, JR.
                                                                        UNITED STATES DISTRICT JUDGE